**Order filed December 17, 2020 partially withdrawn; Order filed January 4, 2021.**



**In The**

# Fourteenth Court of Appeals

_____

**NO.  14-20-00479-CV**

_____

## IN THE INTEREST OF K.J.R. A/K/A K.R. AND K.J.R., CHILDREN

**On Appeal from the 313th District Court
Harris County, Texas
Trial Court Cause No. 2019-02125J**

## ORDER

On December 17, 2020, we issued an order directing the trial court to hold a hearing to determine whether counsel delivered a copy of the *Anders* brief in this matter to appellant and we withdrew the opinion and judgment in this matter. On December 21, 2020, counsel provided this court with sufficient proof that the *Anders* brief in this matter was delivered to appellant on December 10, 2020. Accordingly, we withdraw the portion of our previous order directing the trial court to hold a hearing. The opinion and judgment in this matter are still withdrawn and appellant has until January 8, 2021, or later, if she requests an extension, to file a pro se response to the *Anders* brief in this appeal. If appellant does not file a response, this court will re-issue the previously issued opinion.

PER CURIAM

Panel Consists of Justices Christopher, Jewell, and Zimmerer.